| United States Bankruptcy Court<br>District of Arizona | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Premiere Hardwoods, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA Superior Hardwoods; DBA Premiere Manufacturing | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>86-1066004 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>5609 W. Latham Street, #105<br>Phoenix, AZ<br>ZIP Code 85043 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Maricopa | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**    *** Allan D. NewDelman, Esq. 004066 ***    THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Premiere Hardwoods, LLC

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Premiere Hardwoods, LLC

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Allan D. NewDelman, Esq.
Signature of Attorney for Debtor(s)

Allan D. NewDelman, Esq. 004066
Printed Name of Attorney for Debtor(s)

ALLAN D. NEWDELMAN, P.C.
Firm Name

80 EAST COLUMBUS AVENUE
PHOENIX, AZ 85012

_____
Address

Email: ANEWDELMAN@QWESTOFFICE.NET
(602) 264-4550  Fax: (602) 277-0144
Telephone Number

February  9, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ David Weston
Signature of Authorized Individual

David Weston
Printed Name of Authorized Individual

President
Title of Authorized Individual

February  9, 2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
### District of Arizona

In re    Premiere Hardwoods, LLC                        Case No. _____

                                   Debtor(s)          Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| AKZO Nobel Coatings<br>P.O. Box 847206<br>Dallas, TX 75284-7206 | AKZO Nobel Coatings<br>P.O. Box 847206<br>Dallas, TX 75284-7206 | Vendor | | 13,148.57 |
| American Express FSB<br>4315 South 2700 West<br>Salt Lake City, UT 84184 | American Express FSB<br>4315 South 2700 West<br>Salt Lake City, UT 84184 | All assets of the Debtor, whether now owned or hereafter acquired | | 135,000.00<br><br>(0.00 secured) |
| Arizona Business Bank<br>6909 E. Greenway, Ste. 150<br>Scottsdale, AZ 85254 | Arizona Business Bank<br>6909 E. Greenway, Ste. 150<br>Scottsdale, AZ 85254 | All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions | | 832,744.75<br><br>(0.00 secured) |
| California Timberline<br>P.O. Biox 149<br>Chino, CA 91708 | California Timberline<br>P.O. Biox 149<br>Chino, CA 91708 | vendor | | 10,313.80 |
| Collins Products<br>Unit 32 P.O. Box 4500<br>Portland, OR 97208-4500 | Collins Products<br>Unit 32 P.O. Box 4500<br>Portland, OR 97208-4500 | vender | | 23,876.64 |
| Columbia Forest Products<br>7900 Train Center Dr. #200<br>Greensboro, NC 27409 | Columbia Forest Products<br>7900 Train Center Dr. #200<br>Greensboro, NC 27409 | All Goods Sold by Secured Party to Debtor | | 162,737.25<br><br>(0.00 secured) |
| Del Valle, Kahman Company<br>6600 Caballero Blvd.<br>Buena Park, CA 90620-1132 | Del Valle, Kahman Company<br>6600 Caballero Blvd.<br>Buena Park, CA 90620-1132 | Note | | 174,994.40 |
| Eastgroup Properties<br>P.O Box 676488<br>Dallas, TX 75267-6488 | Eastgroup Properties<br>P.O Box 676488<br>Dallas, TX 75267-6488 | rent - 2 months | | 30,403.34 |
| Goodfellow<br>P.O. Box 6485<br>Manchester, NH 03108-6485 | Goodfellow<br>P.O. Box 6485<br>Manchester, NH 03108-6485 | Vendor | | 58,278.08 |
| KML Corporation<br>1616 E. St. Paul Ave.<br>Tacoma, WA 98421-2400 | KML Corporation<br>1616 E. St. Paul Ave.<br>Tacoma, WA 98421-2400 | vendor | | 28,066.80 |

In re   Premiere Hardwoods, LLC                      Case No. _____

                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| MJB Wood Group<br>3401 Etirwanda Ave., Bldg 831-A<br>Mira Loma, CA 91752 | MJB Wood Group<br>3401 Etirwanda Ave., Bldg 831-A<br>Mira Loma, CA 91752 | Vendor - UCC1 Consignment filed - all product sold | | 72,868.79 |
| Northwest Hardwoods<br>P.O. Box 101110<br>Pasadena, CA 91189-1110 | Northwest Hardwoods<br>P.O. Box 101110<br>Pasadena, CA 91189-1110 | Vendor | | 17,719.16 |
| P.W.D. Inc./Diamond Surfaces<br>P.O. Box 603<br>Newton, KS 67114 | P.W.D. Inc./Diamond Surfaces<br>P.O. Box 603<br>Newton, KS 67114 | vendor | | 9,031.61 |
| Panolam Industries, Inc.<br>Dept. LA 21443<br>Pasadena, CA 91185-1443 | Panolam Industries, Inc.<br>Dept. LA 21443<br>Pasadena, CA 91185-1443 | Vendor | | 80,199.92 |
| Patrick Industries<br>4701 Solutions Center<br>Chicago, IL 60677-4007 | Patrick Industries<br>4701 Solutions Center<br>Chicago, IL 60677-4007 | Vendor | | 14,586.77 |
| Rugby Architectural Bldg. Prod.<br>P.O. Box 52708<br>Phoenix, AZ 85072 | Rugby Architectural Bldg. Prod.<br>P.O. Box 52708<br>Phoenix, AZ 85072 | Vendor | | 9,280.15 |
| Southwest Access & Video<br>5155 E. Washington St.<br>Phoenix, AZ 85034 | Southwest Access & Video<br>5155 E. Washington St.<br>Phoenix, AZ 85034 | note | | 25,192.16 |
| West CoastHardwoods, LLC<br>63050 NE Plateau Dr. #200<br>Bend, OR 97701 | West CoastHardwoods, LLC<br>63050 NE Plateau Dr. #200<br>Bend, OR 97701 | Vendor | | 45,333.78 |
| Weyerhaeuser NR Co.<br>P.O. Box 843568<br>Dallas, TX 75284-3568 | Weyerhaeuser NR Co.<br>P.O. Box 843568<br>Dallas, TX 75284-3568 | Vendor | | 11,381.32 |
| Wood Trade International, LLC<br>12700 SW Hall Blvd.<br>Portland, OR 97223 | Wood Trade International, LLC<br>12700 SW Hall Blvd.<br>Portland, OR 97223 | Vendor | | 23,717.91 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   February  9, 2015                 Signature   /s/ David Weston
                                                 David Weston
                                                 President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court

## District of Arizona

In re    Premiere Hardwoods, LLC                              ,      Case No. _____

                                         Debtor

Chapter _____ 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 716,379.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,130,482.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 722,946.87 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 716,379.00 | | |
| Total Liabilities | | | | 1,853,428.87 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re  Premiere Hardwoods, LLC                                    ,  Case No. _____

                                           Debtor

                                                          Chapter _____ 11 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re     Premiere Hardwoods, LLC                      ,      Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

\_\_0\_\_ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

In re    Premiere Hardwoods, LLC                                              ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Business Checking Account ending in 7621 | - | 500.00 |
| | | Business Checking Account ending in 3700 | - | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Eastgroup Properties - security deposit Lease | - | 10,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         10,700.00
(Total of this page)

__5__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re    Premiere Hardwoods, LLC                                    ,    Case No. _____

                                        **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable | - | 187,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  | Sub-Total > | 187,000.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy

In re    Premiere Hardwoods, LLC                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2011 Hyundai Sonata 180,000 miles | - | 9,000.00 |
| | | 2004 Ford F150 pickup 120,000 miles | - | 5,000.00 |
| | | Trailer | - | 4,500.00 |
| | | Curtain Van | - | 15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Desk and Credenzas | - | 7,500.00 |
| | | file cabinets | - | 2,500.00 |
| | | 4 sled chairs | - | 500.00 |
| | | Computers and printers | - | 300.00 |
| | | telephones | - | 100.00 |
| | | Office Equipment | - | 750.00 |
| | | HP Deskjet 400 | - | 100.00 |
| | | HP Deskjet 712C | - | 100.00 |
| | | Okidata Microline 320 | - | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 3 Phase A/C Compressor | - | 2,498.00 |

|  | Sub-Total > | 48,048.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re     Premiere Hardwoods, LLC                                   ,     Case No. _____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Laminator & Equipment | - | 40,000.00 |
| | | Compressor & Lift Tables | - | 7,700.00 |
| | | Racks, Work Stat, Carts | - | 37,500.00 |
| | | 4 forklifts | - | 20,000.00 |
| | | Miscellaneous Supplies | - | 5,000.00 |
| | | 2 Shop Carts | - | 896.00 |
| | | Warehouse racks | - | 2,986.00 |
| | | Warehouse Racks | - | 4,720.00 |
| | | Laminate Racks | - | 1,760.00 |
| | | Rack | - | 343.00 |
| | | Edgebander | - | 6,000.00 |
| | | Grinder | - | 3,000.00 |
| | | Southworth Lift Table | - | 1,000.00 |
| | | OR-T 50 Battery Combo | - | 1,550.00 |
| | | Yale 5000 lb Forklift | - | 5,000.00 |
| | | Hyster 5000 lb Forklift | - | 5,000.00 |
| | | 1995 Schelling Panel Saw | - | 20,000.00 |
| | | 1999 Andi Stratob Router | - | 15,000.00 |
| | | 1994 Watkins 5 Hd Moulder | - | 20,000.00 |
| | | 1997 Lobo Knife Grinder | - | 400.00 |
| | | CTD dbl Miter Saw | - | 1,500.00 |
| | | 2004 Screw Air Compressor | - | 2,000.00 |
| | | Kaeser Air Dryer | - | 500.00 |
| | | Cyclone Dust Collector 25 | - | 3,000.00 |

Sub-Total >          204,855.00
(Total of this page)

Sheet   3   of   5   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

In re    Premiere Hardwoods, LLC                  ,     Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Jet Dust Collector | - | 200.00 |
| | | Delta 10" Unisaw | - | 300.00 |
| | | Ridgid 10" Chop Saw | - | 50.00 |
| | | Ryobi 10" Chop Saw | - | 50.00 |
| | | Ryobi 16" Scroll Saw | - | 50.00 |
| | | Delta 8 1/4 Miter Saw | - | 50.00 |
| | | Delta Bench Grinder #840 | - | 50.00 |
| | | Delta Bench Grinder #6 | - | 50.00 |
| | | Carlson Roller Index Tbl | - | 100.00 |
| | | Jesco Tilt Dumpster | - | 200.00 |
| | | Steel Bander Cart (2) | - | 100.00 |
| | | 3 Lift Tables | - | 600.00 |
| | | 2 pallet Racks | - | 200.00 |
| | | 3 Cantilever Racks | - | 600.00 |
| | | SK 224 Surface Planer | - | 20,000.00 |
| | | Belair Dryer #ACT1000-1 | - | 2,000.00 |
| | | Dipchain Gang Ripsaw | - | 20,000.00 |
| | | Dust Collector | - | 3,115.00 |
| | | Spindle Assembly 40MM | - | 3,226.00 |
| | | Pinch Roller | - | 1,725.00 |
| | | Aggregate Head - Anderson | - | 5,610.00 |
| | | Dust Collecto 10hp | - | 2,500.00 |
| 30. Inventory. | | Inventory | - | 205,000.00 |
| 31. Animals. | X | | | |

Sub-Total >     265,776.00
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re    Premiere Hardwoods, LLC                                ,    Case No. _____

                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 716,379.00 |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re     Premiere Hardwoods, LLC                  ,     Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br> American Express FSB <br> 4315 South 2700 West <br> Salt Lake City, UT 84184 | | - | | June 2014 <br><br> All assets of the Debtor, whether now owned or hereafter acquired <br><br><br> Value $        0.00 | | | | 135,000.00 | 135,000.00 |
| Account No. xx4211 <br><br> Arizona Business Bank <br> 6909 E. Greenway, Ste. 150 <br> Scottsdale, AZ 85254 | X | - | | 2003 <br> UCC1200312661466 & 201116431021 <br> All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, additions replacement and substitutions relating to any of the foregoing; all records of <br> Value $        0.00 | | | | 832,744.75 | 832,744.75 |
| Account No. xx0362 <br><br> Columbia Forest Products <br> 7900 Train Center Dr. #200 <br> Greensboro, NC 27409 | | | | October 2012 <br><br> UCC1 <br><br> All Goods Sold by Secured Party to Debtor <br><br> Value $        0.00 | | | | 162,737.25 | 162,737.25 |
| Account No. <br><br><br><br> Value $ | | | | | | | | | |

\_\_0\_\_ continuation sheets attached

| | Subtotal <br> (Total of this page) | 1,130,482.00 | 1,130,482.00 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 1,130,482.00 | 1,130,482.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

.

In re   Premiere Hardwoods, LLC                                                          ,   Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

0       continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re     Premiere Hardwoods, LLC                          ,      Case No. _____

                                                  **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8798<br><br>A.G. Layne, Inc.<br>3800 S. 16th St.<br>Phoenix, AZ 85040 | - | | Vendor | | | | 1,260.00 |
| Account No. 111651<br><br>AKZO Nobel Coatings<br>P.O. Box 847206<br>Dallas, TX 75284-7206 | | | Vendor | | | | 13,148.57 |
| Account No. Superior Hardwoods<br><br>American Adhesive Coating Co.<br>P.O. Box 1708<br>12 Osgood St.<br>Lawrence, MA 01842 | - | | Vendor | | | | 3,251.84 |
| Account No.<br><br>American Express<br>200 Vessy Street<br>New York, NY 10080 | - | | June 2012<br>UCC 1 -All assets of the Debtor, whether now owned or hereafter acquired or arising-<br>paid no release | | | | 0.00 |
| \_\_8\_\_ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 17,660.41 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com            S/N:25995-141124    Best Case Bankruptcy

In re    Premiere Hardwoods, LLC                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>APZB Industries<br>300 Ledgewood Place, Ste. 301<br>Rockland, MA 02370 | - | | | December 2012<br>UCC1 filed - All assets now owned or hereafter acquired - paid<br>no release file | | | | 0.00 |
| Account No.<br><br>Arizona  Department of Revenue<br>1600 West  Monroe<br>7th Floor<br>Phoenix, AZ 85007 | - | | | For Informational Purposes only | | | | 0.00 |
| Account No.  Superior<br><br>Associated Construction Ent.<br>3645 N. 40th Ave.,<br>Phoenix, AZ 85019-3636 | - | | | Vendor | | | | 916.20 |
| Account No.  x9094<br><br>Bausch/Linnemann<br>1175 Harrelson Blvd.<br>Myrtle Beach, SC 29577 | - | | | Vendor | | | | 2,869.45 |
| Account No.<br><br>BT Moulding<br>3610 W. Osborn Rd., #1<br>Phoenix, AZ 85019 | - | | | vendor | | | | 590.00 |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          4,375.65

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    Premiere Hardwoods, LLC                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. Superior Hwd 0001 | | | | | vendor | | | | |
| California Timberline P.O. Biox 149 Chino, CA 91708 | - | | | | | | | | 10,313.80 |
| Account No. SUP003 0001 | | | | | Vendor | | | | |
| Capital Lumber Co. P.O. Box 29639 Phoenix, AZ 85038 | - | | | | | | | | 1,941.20 |
| Account No. SUPER HDWD | | | | | vender | | | | |
| Collins Products Unit 32 P.O. Box 4500 Portland, OR 97208-4500 | - | | | | | | | | 23,876.64 |
| Account No. DVKSES Note | X | | | | Note | | | | |
| Del Valle, Kahman Company 6600 Caballero Blvd. Buena Park, CA 90620-1132 | - | | | | | | | | 174,994.40 |
| Account No. xxxxx0576 | | | | | vendor | | | | |
| Dex Media West, LLC PO Box 79167 Phoenix, AZ 85062-9167 | - | | | | | | | | 635.30 |

Sheet no. _2_ of _8_ sheets attached to Schedule of          Subtotal          211,761.34
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re  Premiere Hardwoods, LLC                                          ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> Donald T. Hansen Revocable Trust <br> 5155 E. Washington Street <br> Phoenix, AZ 85034 | - | | | | October 2010 <br> All assets used in the business known as Premiere hardwoods, LLC -paid <br> Informational purposes only | | | | 0.00 |
| Account No. <br><br> Eastgroup Properties <br> P.O Box 676488 <br> Dallas, TX 75267-6488 | - | | | | rent - 2 months | | | | 30,403.34 |
| Account No. SVP1 <br><br> Edgebanding Services, Inc. <br> 828 W. Cienega Ave. <br> San Dimas, CA 91773 | - | | | | Vendor | | | | 8,369.82 |
| Account No. x0379 <br><br> Edgemate, Inc. <br> P.O. Box 72 <br> Roaring Spring, PA 16673 | - | | | | Vendor | | | | 2,176.96 |
| Account No. Superior Hardwoods <br><br> Faye Stewart Transportation <br> P.O. Box 2999 <br> Phoenix, AZ 85062 | - | | | | Vendor | | | | 850.00 |

Sheet no. __3__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          41,800.12

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    Premiere Hardwoods, LLC                                             ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. x7449 | | | Vendor | | | | | | |
| GL Veneer 2224 E. Slauson Ave. Huntington Park, CA 90255 | - | | | | | | | | 748.25 |
| Account No. Superior Hardwoods | | | Vendor | | | | | | |
| Goodfellow P.O. Box 6485 Manchester, NH 03108-6485 | - | | | | | | | | 58,278.08 |
| Account No. Superior Hardwoods | | | Vendor | | | | | | |
| Granite Valley Forest Products 500 County Road S. New London, WI 54961 | - | | | | | | | | 7,839.00 |
| Account No. xx-xxxxxxxxhard | | | Vendor | | | | | | |
| Gulf Packaging, Inc P.O. Box 713940 Cincinnati, OH 45271-3940 | - | | | | | | | | 2,817.70 |
| Account No. | | | Vendor | | | | | | |
| Harlan Schneider & Assoc. 1650 E. Bethany Home Rd. Phoenix, AZ | - | | | | | | | | 3,000.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    72,683.03

In re     Premiere Hardwoods, LLC                       ,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | For Informational Purposes only | | | | |
| Internal Revenue Service 4041 North Central Avenue  Suite 112 M/S 5014 Phoenix, AZ 85012 | - | | | | | | | 0.00 |
| Account No. superior hardwoods | | | | vendor | | | | |
| KML Corporation 1616 E. St. Paul Ave. Tacoma, WA 98421-2400 | - | | | | | | | 28,066.80 |
| Account No. Premiere Hardwood | | | | Vendor - UCC1 Consignment filed - all product sold | | | | |
| MJB Wood Group 3401 Etirwanda Ave., Bldg 831-A Mira Loma, CA 91752 | | | | | | | | 72,868.79 |
| Account No. xxxx3384 | | | | Vendor | | | | |
| Northwest Hardwoods P.O. Box 101110 Pasadena, CA 91189-1110 | - | | | | | | | 17,719.16 |
| Account No. x5050 | | | | vendor | | | | |
| P.W.D. Inc./Diamond Surfaces P.O. Box 603 Newton, KS 67114 | X - | | | | | | | 9,031.61 |

Sheet no. __5__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

127,686.36

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    Premiere Hardwoods, LLC                                    ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | | |
| Account No. Superior Hardwoods | | Vendor | | | | | | | |
| Panel-Tech 7800 Breen Rd. Houston, TX 77064 | - | | | | | | | | 3,446.49 |
| Account No. xxxxxx5-000 | | Vendor | | | | | | | |
| Panolam Industries, Inc. Dept. LA 21443 Pasadena, CA 91185-1443 | - | | | | | | | | 80,199.92 |
| Account No. xxxxxx0024 | | Vendor | | | | | | | |
| Patrick Industries 4701 Solutions Center Chicago, IL 60677-4007 | - | | | | | | | | 14,586.77 |
| Account No. xxxxxxx-6536 | | Vendor | | | | | | | |
| Penske Truck Leasing P.O. Box 7429 Pasadena, CA 91109-7429 | - | | | | | | | | 4,913.47 |
| Account No. xxx7500 | | Vendor | | | | | | | |
| PRUDENTIAL OVERALL SUPPLY P.O. BOX 11210 Santa Ana, CA 92711 | - | | | | | | | | 422.67 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        103,569.32

In re    Premiere Hardwoods, LLC                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxx-xxx-xxxx-8933<br><br>Purchase Power<br>P.O. Box 37187<br>Pittsburgh, PA 15250-7874 | - | | | | | | | | 957.50 |
| Account No. xx3453<br><br>Reel Lumber Services<br>P.O. Box 879<br>Anaheim, CA 92815 | - | Vendor | | | | | | | 5,715.36 |
| Account No. xxx xxx 0001<br><br>Rugby Architectural Bldg. Prod.<br>P.O. Box 52708<br>Phoenix, AZ 85072 | - | Vendor | | | | | | | 9,280.15 |
| Account No. Superior / HW<br><br>Sakae Plarrtec<br>P.O. Box 602889<br>Charlotte, NC 28260-2889 | - | Vendor | | | | | | | 8,636.90 |
| Account No.<br><br>Southwest Access & Video<br>5155 E. Washington St.<br>Phoenix, AZ 85034 | - | note | | | | | | | 25,192.16 |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      49,782.07

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   Premiere Hardwoods, LLC                                        ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xx7100 | | | | | Vendor | | | | |
| Spellman Hardwoods, Inc. 4645 N. 43rd Ave. Phoenix, AZ 85031 | | - | | | | | | | 4,297.24 |
| Account No. xxxx1093 | | | | | Vendor | | | | |
| TUV Rheinland of North America, Inc. P.O. Box 416473 Boston, MA 02214-6473 | | - | | | | | | | 8,898.32 |
| Account No. Premier Hardwoods | | | | | Vendor | | | | |
| West CoastHardwoods, LLC 63050 NE Plateau Dr. #200 Bend, OR 97701 | X | - | | | | | | | 45,333.78 |
| Account No. premiere Hardwoods | | | | | Vendor | | | | |
| Weyerhaeuser NR Co. P.O. Box 843568 Dallas, TX 75284-3568 | | - | | | | | | | 11,381.32 |
| Account No. x021A | | | | | Vendor | | | | |
| Wood Trade International, LLC 12700 SW Hall Blvd. Portland, OR 97223 | | - | | | | | | | 23,717.91 |

Sheet no. __8__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 93,628.57 |
| Total (Report on Summary of Schedules) | 722,946.87 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re   Premiere Hardwoods, LLC                                      ,   Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Eastgroup Properties<br>P.O Box 676488<br>Dallas, TX 75267-6488 | Rent on premises for business 63 months<br>$15,210.67 adjusts each year |
| Penske Truck Leasing<br>P.O. Box 7429<br>Pasadena, CA 91109-7429 | 1 trucks $1898.96 per month |
| Pitney Bowes Global Financial<br>PO Box 371887<br>Pittsburgh, PA 15250 | 36 month lease - 9 months remaining<br>$118.50/quarter<br>Postage Meter & Machine |
| Ryder Transportation<br>File 56347<br>Los Angeles, CA 90074-6347 | 2 trucks $3,090.03 per month |
| US Bank Equip. Finance<br>P.O. Box 790448<br>Saint Louis, MO 63179-0448 | Copier/Scanner<br>60 month lease - 36 months remaining $115.00 +<br>maintenance/month |

In re   Premiere Hardwoods, LLC                        ,     Case No. _____

                                      Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| David Weston<br>5609 W. Latham Street #105<br>Phoenix, AZ 85043 | Del Valle, Kahman Company<br>6600 Caballero Blvd.<br>Buena Park, CA 90620-1132 |
| David Weston<br>5609 W. Latham Street #105<br>Phoenix, AZ 85043 | P.W.D. Inc./Diamond Surfaces<br>P.O. Box 603<br>Newton, KS 67114 |
| David Weston<br>5609 W. Latham Street #105<br>Phoenix, AZ 85043 | West CoastHardwoods, LLC<br>63050 NE Plateau Dr. #200<br>Bend, OR 97701 |
| David Weston<br>5609 W. Latham Street #105<br>Phoenix, AZ 85043 | Arizona Business Bank<br>6909 E. Greenway, Ste. 150<br>Scottsdale, AZ 85254 |
| Jeff Tonder<br>4648W. Mariposa Grande<br>Glendale, AZ 85310 | Arizona Business Bank<br>6909 E. Greenway, Ste. 150<br>Scottsdale, AZ 85254 |

0
―――― continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## District of Arizona

In re    Premiere Hardwoods, LLC                  Case No. _____

                                            Debtor(s)         Chapter     11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___22___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   February  9, 2015                 Signature    /s/ David Weston
                                                   David Weston
                                                   President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re    Premiere Hardwoods, LLC                                          Case No.

                                        Debtor(s)              Chapter          11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $206,723.00 | 2015 YTD: Gross Sales |
| $4,436,322.00 | 2014: Gross Sales |
| $6,706,153.00 | 2013: Gross Sales |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

---

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| KML Corporation<br>1616 E. St. Paul Ave.<br>Tacoma, WA 98421-2400 | | $11,513.60 | $28,066.80 |
| Northwest Hardwoods<br>P.O. box 101110<br>Pasadena, CA 91189-1110 | | $40,065.30 | $17,719.16 |
| Columbia Forest Products<br>7900 Train Center Dr. #200<br>Greensboro, NC 27409 | | $42,915.46 | $162,737.25 |
| Panolam Industries<br>Dept. LA 21443<br>Pasadena, CA 91185-1443 | | $36,905.20 | $80,199.92 |
| Collins Products<br>Unit 32 P.O. Box 4500<br>Portland, OR 97208-4500 | | $16,031.36 | $23,876.64 |
| Del Valle, Kahman Company<br>6600 Caballero Blvd.<br>Buena Park, CA 90620-1132 | | $44,590.59 | $79,885.25 |
| Goodfellow<br>P.O. Box 6485<br>Manchester, NH 03108-6485 | | $7,436.60 | $58,278.08 |
| Ryder Transportation<br>File 56347<br>Los Angeles, CA 90074-6347 | | $17,389.37 | $15,729.60 |
| Wood Trade International<br>12700 SW Hall Blvd.<br>Portland, OR 97223 | | $5,929.47 | $23,717.91 |

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☑
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Allan D. NewDelman, P.C.<br>80 East Columbus Avenue<br>Phoenix, AZ 85012 | Febraury 4, 2015 | $13,000 |

**10. Other transfers**

None
☑
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☑
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| PWP/Diamond Surfaces | Solid Surface Material - see attached | 5609 W. Latham Pheonix, AZ 85043 |
| Jan Hansen | holding flooring for house under construction | 5609 W. Latham Pheonix, AZ 85043 |

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 616 S. 55th Ave., Ste. 101 Phoenix, AZ 85043 | Premiere Hardwoods, LLC dba Superior Harwoods dba Premiere Manuracturing | |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Premier Hardwoods, LLC | 86-1066004 | 5609 W. Latham St. #105 Phoenix, AZ 85043 | Sell lumber and sheet goods to cabinet makers | |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Cindy Comfort<br>5609 W. Latham<br>Phoenix, AZ 85043 | Bookkeeper 4/1/08 - current |
| Harlan Schneider<br>1650 E. Bethany Home Rd.<br>Phoenix, AZ 85016 | CPA 2004 to current |

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| PremiereHardwoods | 5609 W. Latham<br>Phoenix, AZ 85043 |

None
☐
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Arizona Business Bank<br>2600 N. Central Ave.<br>Phoenix, AZ 85004 | |

### 20. Inventories

None
☐
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| Perpetual inventory daily - if a discrepancy - it is physically investicated | | |

None    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| Perpetual inventory daily - if a discrepancy - it is physically investicated | Premiere Hardwoods, LLC<br>5609 W. Latham St. #105<br>Phoenix, AZ 85043 |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐        controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| David Weston<br>5609 W. Latham Street #105<br>Phoenix, AZ 85043 | President | 57% interest |
| Donald Hansen<br>5155 E. Washington Street<br>Phoenix, AZ 85034 | Member | 18% Interest |
| Brookside Holdings<br>110 E. Center Street, #2053<br>Madison, SD 57042 | Member | 15% interest |
| JCS Management<br>10766 E. Cetonia Circle<br>Scottsdale, AZ 85262 | Member | 10% Interest |

---

### 22 . Former partners, officers, directors and shareholders

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■        commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
☐        immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Jeff Tonder<br>4648 W. Mariposa Grande<br>Glendale, AZ 85310 | Member | 9/21/2011 |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Members | Insider payments on loans and distributions to members ceased in October 2014 $300,000 outstanding personal loans were converted to equity | |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                           TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                 TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  February  9, 2015                    Signature    /s/ David Weston

David Weston
President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Arizona

In re    Premiere Hardwoods, LLC               Case No.

                             Debtor(s)            Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 0.00 |
   | Prior to the filing of this statement I have received | $ | 0.00 |
   | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    February 9, 2015                       /s/ Allan D. NewDelman, Esq.
                                                  Allan D. NewDelman, Esq. 004066
                                                  ALLAN D. NEWDELMAN, P.C.
                                                  80 EAST COLUMBUS AVENUE
                                                  PHOENIX, AZ 85012
                                                  (602) 264-4550   Fax: (602) 277-0144
                                                  ANEWDELMAN@QWESTOFFICE.NET

---

# United States Bankruptcy Court

## District of Arizona

In re    Premiere Hardwoods, LLC                                    ,           Case No. _____

                                              Debtor           Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brookside Holdings<br>110 E. Center Street, #2053<br>Madison, SD 57042 | | 15 | Member |
| David Weston<br>5609 W. Latham Street #105<br>Phoenix, AZ 85043 | | President/Member 57% | |
| Donald Hansen<br>5155 E. Washington Street<br>Phoenix, AZ 85034 | | 18% | Member |
| JCS Management<br>10766 E. Cetonia Circle<br>Scottsdale, AZ 85262 | | 10% | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____February 9, 2015_____          Signature _/s/ David Weston_____

                                                              David Weston<br>                                                          President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

____0____ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re    Premiere Hardwoods, LLC               Case No. _____

                           Debtor(s)      Chapter    11

# DECLARATION

I, the President of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the

Master Mailing List, consisting of __5__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:    February  9, 2015           /s/ David Weston _____

                                       David Weston/President
                                       Signer/Title

Date:    February  9, 2015           /s/ Allan D. NewDelman, Esq. _____

                                       Signature of Attorney
                                       Allan D. NewDelman, Esq. 004066
                                       ALLAN D. NEWDELMAN, P.C.
                                       80 EAST COLUMBUS AVENUE
                                       PHOENIX, AZ 85012
                                       (602) 264-4550  Fax: (602) 277-0144

MML-5

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Premiere Hardwoods, LLC -

A.G. LAYNE, INC.
3800 S. 16TH ST.
PHOENIX AZ 85040

AKZO NOBEL COATINGS
P.O. BOX 847206
DALLAS TX 75284-7206

AMERICAN ADHESIVE COATING CO.
P.O. BOX 1708
12 OSGOOD ST.
LAWRENCE MA 01842

AMERICAN EXPRESS
200 VESSY STREET
NEW YORK NY 10080

AMERICAN EXPRESS FSB
4315 SOUTH 2700 WEST
SALT LAKE CITY UT 84184

APZB INDUSTRIES
300 LEDGEWOOD PLACE, STE. 301
ROCKLAND MA 02370

ARIZONA  DEPARTMENT OF REVENUE
1600 WEST  MONROE
7TH FLOOR
PHOENIX AZ 85007

ARIZONA BUSINESS BANK
6909 E. GREENWAY, STE. 150
SCOTTSDALE AZ 85254

ASSOCIATED CONSTRUCTION ENT.
3645 N. 40TH AVE.,
PHOENIX AZ 85019-3636

BAUSCH/LINNEMANN
1175 HARRELSON BLVD.
MYRTLE BEACH SC 29577

BROOKSIDE HOLDINGS
110 E. CENTER STREET, #2053
MADISON SD 57042

Premiere Hardwoods, LLC -

BT MOULDING
3610 W. OSBORN RD., #1
PHOENIX AZ 85019


CALIFORNIA TIMBERLINE
P.O. BIOX 149
CHINO CA 91708


CAPITAL LUMBER CO.
P.O. BOX 29639
PHOENIX AZ 85038


COLLINS PRODUCTS
UNIT 32 P.O. BOX 4500
PORTLAND OR 97208-4500


COLUMBIA FOREST PRODUCTS
7900 TRAIN CENTER DR. #200
GREENSBORO NC 27409


DAVID WESTON
5609 W. LATHAM STREET #105
PHOENIX AZ 85043


DEL VALLE, KAHMAN COMPANY
6600 CABALLERO BLVD.
BUENA PARK CA 90620-1132


DEX MEDIA WEST, LLC
PO BOX 79167
PHOENIX AZ 85062-9167


DONALD HANSEN
5155 E. WASHINGTON STREET
PHOENIX AZ 85034


DONALD T. HANSEN REVOCABLE TRUST
5155 E. WASHINGTON STREET
PHOENIX AZ 85034


EASTGROUP PROPERTIES
P.O BOX 676488
DALLAS TX 75267-6488

Premiere Hardwoods, LLC -


EDGEBANDING SERVICES, INC.
828 W. CIENEGA AVE.
SAN DIMAS CA 91773


EDGEMATE, INC.
P.O. BOX 72
ROARING SPRING PA 16673


FAYE STEWART TRANSPORTATION
P.O. BOX 2999
PHOENIX AZ 85062


GL VENEER
2224 E. SLAUSON AVE.
HUNTINGTON PARK CA 90255


GOODFELLOW
P.O. BOX 6485
MANCHESTER NH 03108-6485


GRANITE VALLEY FOREST PRODUCTS
500 COUNTY ROAD S.
NEW LONDON WI 54961


GULF PACKAGING, INC
P.O. BOX 713940
CINCINNATI OH 45271-3940


HARLAN SCHNEIDER & ASSOC.
1650 E. BETHANY HOME RD.
PHOENIX AZ


INTERNAL REVENUE SERVICE
4041 NORTH CENTRAL AVENUE  SUITE 112
M/S 5014
PHOENIX AZ 85012


JCS MANAGEMENT
10766 E. CETONIA CIRCLE
SCOTTSDALE AZ 85262


JEFF TONDER
4648W. MARIPOSA GRANDE
GLENDALE AZ 85310

Premiere Hardwoods, LLC -


KML CORPORATION
1616 E. ST. PAUL AVE.
TACOMA WA 98421-2400


MJB WOOD GROUP
3401 ETIRWANDA AVE., BLDG 831-A
MIRA LOMA CA 91752


NORTHWEST HARDWOODS
P.O. BOX 101110
PASADENA CA 91189-1110


P.W.D. INC./DIAMOND SURFACES
P.O. BOX 603
NEWTON KS 67114


PANEL-TECH
7800 BREEN RD.
HOUSTON TX 77064


PANOLAM INDUSTRIES, INC.
DEPT. LA 21443
PASADENA CA 91185-1443


PATRICK INDUSTRIES
4701 SOLUTIONS CENTER
CHICAGO IL 60677-4007


PENSKE TRUCK LEASING
P.O. BOX 7429
PASADENA CA 91109-7429


PITNEY BOWES GLOBAL FINANCIAL
PO BOX 371887
PITTSBURGH PA 15250


PRUDENTIAL OVERALL SUPPLY
P.O. BOX 11210
SANTA ANA CA 92711


PURCHASE POWER
P.O. BOX 37187
PITTSBURGH PA 15250-7874

Premiere Hardwoods, LLC -


REEL LUMBER SERVICES
P.O. BOX 879
ANAHEIM CA 92815


RUGBY ARCHITECTURAL BLDG. PROD.
P.O. BOX 52708
PHOENIX AZ 85072


RYDER TRANSPORTATION
FILE 56347
LOS ANGELES CA 90074-6347


SAKAE PLARRTEC
P.O. BOX 602889
CHARLOTTE NC 28260-2889


SOUTHWEST ACCESS & VIDEO
5155 E. WASHINGTON ST.
PHOENIX AZ 85034


SPELLMAN HARDWOODS, INC.
4645 N. 43RD AVE.
PHOENIX AZ 85031


TUV RHEINLAND OF NORTH AMERICA, INC.
P.O. BOX 416473
BOSTON MA 02214-6473


US BANK EQUIP. FINANCE
P.O. BOX 790448
SAINT LOUIS MO 63179-0448


WEST COASTHARDWOODS, LLC
63050 NE PLATEAU DR. #200
BEND OR 97701


WEYERHAEUSER NR CO.
P.O. BOX 843568
DALLAS TX 75284-3568


WOOD TRADE INTERNATIONAL, LLC
12700 SW HALL BLVD.
PORTLAND OR 97223

# United States Bankruptcy Court
### District of Arizona

In re   Premiere Hardwoods, LLC

         Debtor(s)

Case No. _____

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___Premiere Hardwoods, LLC___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

February 9, 2015
_____
Date

/s/ Allan D. NewDelman, Esq.
_____
Allan D. NewDelman, Esq. 004066
Signature of Attorney or Litigant
Counsel for   Premiere Hardwoods, LLC
ALLAN D. NEWDELMAN, P.C.
80 EAST COLUMBUS AVENUE
PHOENIX, AZ 85012
(602) 264-4550 Fax:(602) 277-0144
ANEWDELMAN@QWESTOFFICE.NET